IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-16-4 |
| SUNIL PHILIP, *et al*, | : | |

## ORDER

**AND NOW**, this 8th day of November, 2024, upon review of the Partial Motion to Dismiss the Indictment of Defendant, Sunil Philip, as well as the Government's opposition thereto and Defendant's reply, and after oral argument being held, it is hereby **ORDERED** that Defendant's Partial Motion to Dismiss the Indictment (ECF No. 326) is **DENIED**.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.