IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA           :

    v.       :   CRIMINAL NO. 23-016

BHASKAR SAVANI, et al.           :


<u>WITHDRAWAL OF APPEARANCE</u>

   Kindly withdraw the appearance of former Assistant United States Attorney Sarah L. Grieb on behalf of the United States of America.


          NELSON S.T. THAYER, Jr.
          ACTING UNITED STATES ATTORNEY



          */s/ Lesley S. Bonney*
          LESLEY S. BONNEY
          Assistant United States Attorney